ANDREW L. PACKARD (State Bar No. 168690)
MEGAN E. TRUXILLO (State Bar No. 275746)
JOHN J. PRAGER (State Bar No. 289610)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 4/30/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SANTA CRUZ COUNTY and KASEY KOLASSA<br><br>        Defendants. | Case No. 5:15-cv-00127-EJD<br><br>**STIPULATION RE SERVICE OF COMPLAINT** |

STIPULATION RE SERVICE OF COMPLAINT

1

Case No. 5:15-cv-00127-EJD

1  **WHEREAS**, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") filed its
2  complaint ("Complaint") in this action on January 9, 2015;
3  **WHEREAS**, on January 12, 2015, Plaintiff electronically transmitted to Defendants a
4  courtesy copy of the Complaint, Initial Case Management Order, Order of Assignment, VDRP
5  forms, and other initial filings in the case;
6  **WHEREAS,** Plaintiff filed its First Amended Complaint on January 21, 2015, and
7  concurrently electronically transmitted the same to Defendants;
8  **WHEREAS**, on April 27, 2015, in the interests of allowing the Parties time to continue to
9  explore settlement, Defendants agreed to waive service of the summons, and Plaintiff and
10 Defendants agreed to deem the service of the above-referenced documents perfected on May 9,
11 2015.
12 **THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties that Plaintiff
13 shall be deemed to have perfected service of the above referenced documents on May 9, 2015.

Dated: April 27, 2015        Respectfully Submitted,
                             LAW OFFICES OF ANDREW L. PACKARD


                             By: /s/ Megan E. Truxillo
                             Andrew L. Packard
                             Attorneys for Plaintiff
                             CALIFORNIA SPORTFISHING
                             PROTECTION ALLIANCE



Dated: April 27, 2015        COUNTY OF SANTA CRUZ, OFFICE OF
                             COUNTY COUNSEL


                             By: /s/ Jason M. Heath
                             Jason M. Heath
                             Attorneys for Defendants
                             SANTA CRUZ COUNTY and
                             KASEY KOLASSA

STIPULATION RE SERVICE OF COMPLAINT              Case No. 5:15-cv-00127-EJD